USSC 1                  **STATEMENT OF REASONS**      USM #28577-086

**28 USC 994(w)**

ETHAN CHRISTOPHER ALLEN      CR99-00247-001      WD/WA
Defendant      Docket No.      District

☐ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations.

☒ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations except (see attachment, if necessary):

**Court did not impose the enhancement at U.S.S.G., 2F1.1(b)(5) for Re-locatting a fradulent scheme. That changed the offense score to 13 and guideline range to 12 to 18 months.**

<u>Guideline Range Determined by the Court:</u>      DOS: 08/06/99

| | |
|---|---|
| Total Offense Level: | 13 |
| Criminal History Category: | I |
| Imprisonment Range: | 12 to 18 months |
| Supervised Release Range: | 3 years |
| Fine Range: | $3,000 to $30,000 |
| Sentence Imposed: | 12 mos. + 1 day BOP; 3 yrs. TSR; $100 MPA; $119,586 Restitution. |
| USPO: | LeRoy B. Washington |

☒ Sentence imposed is within appropriate guideline range as determined by the court.

    ☒ Fine waived pursuant to Section 5E1.2.

☐ Because the width of the guideline range exceeds 24 months, the reason for selecting the particular point within the range is (see attachment, if necessary):

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

☐ The Court departs from the appropriate guideline range for the following reason(s) (see attachment, if necessary):

_W. L. Dwyer_                                                  8/30/99
William L. Dwyer                                                 Date
United States District Judge

Orig to Clerk of Court
cc:      USSC
         Bureau of Prisons