PROB 12A
(10/93)

# *United States District Court*

for

## Western District of Washington

FILED ——— ENTERED
——— LODGED ——— RECEIVED

OCT 20 2000

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

### Report on Offender Under Supervision

**Name of Offender:** Ethan Christopher Allen      **Case Number:** CR99-00247(WD)P

**Name of Sentencing Judicial Officer:** The Honorable Marsha J. Pechman

**Date of Original Sentence:** 08/06/99      **Date of Report:** October 17, 2000

**Original Offense:** Wire Fraud

**Original Sentence:** 12 months, 1 day; 3 years supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 02/23/00

**Special Conditions Imposed:**

☐ Substance Abuse      ☒ **Financial Disclosure**      ☒ **Restitution: $119,586**

☒ **Mental Health**      ☐ Fine      ☐ Community Service

☒ **Other: $100 SPA, no firearms, search and seizure, USPO inspection of personal computer, not to purchase computer, advise USPO of use of the Internet, use is subject to USPO approval**

## NONCOMPLIANCE SUMMARY

*The probation officer believes that Ethan Christopher Allen has violated conditions of supervision by:*

Violation
Number      Nature of Noncompliance

1.      Failing to answer truthfully all inquiries by the probation officer.

Report on Offender
Under Supervision

U.S. Probation Officer Action:

In June 2000, the defendant obtained employment at Microsoft through Volt Temporary Services. I asked Allen if the application for employment he completed required that he disclose his criminal status. Allen told me the application required him to disclose a prior conviction only if it related to the type of work he would be performing at Microsoft. I later discovered this assertion was not true. The employment application agreement form used by Volt asked, "Have you been convicted of a felony in the past seven years?" When confronted with the inconsistency, Allen claimed he may have "misunderstood" the question. Afterwards, I confirmed with Volt that Allen had misrepresented his criminal history to them. As a result, Allen's employment with Microsoft was ultimately terminated in September 2000. Allen received a verbal and written reprimand from the Probation Office. It is recommended that no court action be taken.

Respectfully submitted,

Kalen Thomas
U.S. Probation Officer

APPROVED:
William S. Corn
Chief U. S. Probation Officer

BY:
Robert L. Thornton
Supervising U.S. Probation Officer

KT:gdf
10/17/00

THE COURT DIRECTS:

☒ No Action Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

10/ro/rooo
Date